97 A.3d 738

James H. WILLIAMS, Petitioner

v.

Hon. Sheila WOODS–SKIPPER (Judiciary Officer for Court of Common Pleas of Phila. Pa.), Respondent.

No. 82 EM 2014.

Supreme Court of Pennsylvania.

Aug. 11, 2014.

## ORDER

PER CURIAM.

AND NOW, this 11th day of August, 2014, the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.